IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHAEL CHASE CALDWELL**                                                     **PLAINTIFF**

**v.**                    **Case No. 5:16-cv-00280 KGB/JJV**

**ARKANSAS COUNTY**
**DETENTION CENTER**                                                    **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations ("Recommendations") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 3). No objections have been filed, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is, therefore, ordered that plaintiff Michael Chase Caldwell's complaint is dismissed without prejudice.

It is so ordered this 7th day of December, 2016.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE