# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**MICHAEL CHASE CALDWELL**                                                      **PLAINTIFF**

**v.**                    **Case No. 5:16-cv-00280 KGB**

**ARKANSAS COUNTY**
**DETENTION CENTER**                                                            **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed without prejudice.

It is so adjudged this 7th day of December, 2016.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE